DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE CHESTNUT FIRM, LLC,** a Florida Limited Liability Company, and
**CHRISTOPHER CHESTNUT,**
Appellants,

v.

**MARWAN PORTER,** Individually, and **THE PORTER LAW FIRM, LLC,** a
Foreign Limited Liability Company,
Appellees.

No. 4D17-3585

[August 13, 2020]

CORRECTED OPINION

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Roby, Judge; L.T. Case No. 14000713CAAXMX.

Richard Keith Alan II, West Palm Beach, for appellant The Chestnut Firm, LLC.

Christopher M. Chestnut, Atlanta, Georgia, pro se.

Richard C. Wolfe of Wolfe Law Miami, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***